No. 88–40. UNITED STATES v. ZOLIN ET AL. C. A. 9th Cir. [Certiorari granted, 488 U. S. 907.] Motion of Bernard M. Barrett, Jr., for leave to participate in oral argument as amicus curiae, for divided argument, and for additional time for oral

argument denied. JUSTICE BRENNAN took no part in the consideration or decision of this motion.